# United States District Court
## Violation Notice

| | | |
|---|---|---|
| CVB Location Code | | |
| Violation Number | Officer Name (Print) | Officer No. |
| 6122717 | Abdulahi, 8001 | |

6122717

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☒ USC  ☐ State Code |
|---|---|
| 25 Jan 18  1434 | 18 USC 113(4) |

Place of Offense: Fort Meade ACP #3

Offense Description: Factual Basis for Charge    HAZMAT ☐

Simple Assault

**DEFENDANT INFORMATION**

Last Name: Storey   First Name: Anthony   J.

Street Address: [redacted]

| A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). | B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). |
|---|---|
| TBA | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT → | $ _____ Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date (mm/dd/yyyy): _____

Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 05/15/2018 12:51

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **25 January**, 20**18** while exercising my duties as a law enforcement officer in the **FGGM** District of **Maryland**

I was notified of a simple assault which happened at gates on Fort Meade. Officers attempted to conduct a traffic stop on Storey due to the fact that they were escorting Storey from the Fort Meade police station. Storey broke out and began driving around Fort Meade and a chase ensued. Storey backed into a police vehicle twice, deliberately. Storey also ran into a police vehicle [He ran into the back of a police vehicle] twice.

_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/11/2018**   Officer's Signature: _____
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 05/15/2018 12:5